1  Elliot Rosenberger (Cal. Bar No. 298837)
2  Joshua Biletsky (Cal. Bar No. 285438)
   7080 Hollywood Blvd., Ste. 1100
3  Los Angeles, CA 90028
   Telephone: (424) 256-5075
4  Facsimile: (866) 317-2674
5  er@biletskyrosenberger.com
   jb@biletskyrosenberger.com
6  Attorneys for Plaintiff

7

## UNITED STATES DISTRICT COURT
8
## CENTRAL DISTRICT OF CALIFORNIA
9

10  Tamera Ihle,                          )    Case No. 8:18-cv-00266-JLS-KES
                                          )
11  Plaintiff,                            )    **NOTICE OF SETTLEMENT**
                                          )
12       vs.                              )
                                          )
13                                        )
    Performant Recovery, Inc.,            )
14                                        )
15  Defendant.                            )

16       Notice is hereby given that the parties have reached a settlement in this case.

17  Plaintiff respectfully requests that this Court allow sixty (60) days within which to
18
19  complete the settlement, during which time Plaintiff requests the Court to retain
20  jurisdiction over this matter until fully resolved and final dismissal paperwork may be
21  filed.
22
23       Dated: September 11, 2018

24                                        Respectfully submitted,
25
                                          /s/ Russell S. Thompson IV
26                                        Russell S. Thompson IV (*Pro Hac Vice*)
27                                        Thompson Consumer Law Group, PLLC
                                          5235 E. Southern Ave., D106-618
28                                        Mesa, AZ 85206
                                          Telephone: (602) 388-8898

Notice of Settlement - 1

Facsimile: (866) 317-2674
rthompson@thompsonconsumerlaw.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on September 11, 2018, I filed the foregoing document with the Court

using CM/ECF, which will send notification of such filing to all counsel of record.

/s/ Russell S. Thompson IV
Russell S. Thompson IV